IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA BARKER,<br><br>*Plaintiff,*<br><br>v.<br><br>KATHERINE MAURUS,<br><br>*Defendant.* | CIVIL ACTION<br><br>NO. 21-4300 |

## ORDER

**AND NOW**, this 27th day of September 2022, upon consideration of Defendant's Answer to Plaintiff's First Amended Complaint with Affirmative Defenses and Counterclaims (ECF 16), Plaintiff's Motion to Dismiss Defendant's Counterclaims (ECF 17) and Defendant's Response in Opposition thereto (ECF 20), it is hereby **ORDERED** that the Motion to Dismiss is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.